JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY MAJDALI,<br><br>　　　　Plaintiff(s),<br><br>v<br><br>TORRANCE MEMORIAL MEDICAL CENTER,<br><br>　　　　Defendant(s) | CASE NO. SA CV 14-0393-DOC(RNBx)<br><br>**ORDER DISMISSING CIVIL CASE** |

　　The Court having been advised by counsel for the parties that the above-entitled action has been settled;

　　IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon good cause shown by **January 23, 2015**, to reopen this action if settlement is not consummated.

　　IT IS SO ORDERED.

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: December 8, 2014